# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lanzillo, Richard A. | 2. Court or Organization<br><br>U.S. District Court, Western District of Pennsylvania | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/30/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
17 South Park Row
Erie, PA 16501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Mercyhurst University Board of Trustees |
| 2. | Vice President and General Counsel | Knox Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Knox Law (Salary) | $535,313.34 |
| 2. 2017 | Knox Law (Salary) | $563,658.14 |
| 3. 2016 | Knox Law (Salary) | $627,005.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Millcreek Township School District |
| 2. 2017 | Millcreek Township School District |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC BANK (CASH) | C | Interest | N | T | Exempt | | | | |
| 2.  LAW BUILDING COMPANY LLC (Y) | | | | | | | | | |
| 3.  401K ACCT #1 (H) | | | | | | | | | |
| 4.  AB CASH SWEEP (CASH) (Y) | | | | | | | | | |
| 5.  BERNSTEIN INTERMED DUR PORT (SNIDX) | D | Dividend | M | T | | | | | |
| 6.  AB BOND INFLATION STRAT CL 1 (ABNOX) | B | Dividend | K | T | | | | | |
| 7.  AB GLOBAL BOND FD ADV CL (ANAYX) | D | Dividend | M | T | | | | | |
| 8.  AB DISCOVERY VALUE FUND ADV CL (ABASX) | A | Dividend | J | T | | | | | |
| 9.  AB DISCOVERY GROWTH FUND ADV CL (CHCYX) | B | Dividend | J | T | | | | | |
| 10. AB SMALL CAP CORE PORT ADV (SCRYX) | A | Dividend | J | T | | | | | |
| 11. BERNSTEIN INTERNATIONAL PORTFOLIO (SIMTX) | B | Dividend | K | T | | | | | |
| 12. AB INTL STRAT EQI PORT ADV (STEYX) | B | Dividend | L | T | | | | | |
| 13. AB INTL SMALL CAP PORT ADV CL (IRCYX) | B | Dividend | K | T | | | | | |
| 14. BERNSTEIN EMERGING MKTS PORT (SNEMX) | A | Dividend | J | T | | | | | |
| 15. AB ALL MARKET REAL RETURN PORT CL 1 (AMTAX) | C | Dividend | K | T | | | | | |
| 16. OVERLAY A PORTFOLIO CL 1 (SAOOX) | D | Dividend | M | T | | | | | |
| 17. OVERLAY B PORTFOLIO CL 1 (SBOOX) | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AB CAP FED INC INTL STRAT CORE PORT ADV (ISRYX) (Y) | | | | | | | | | |
| 19. AB CAP FED INC (Y) | | | | | | | | | |
| 20. AB EMERGING MKTS MULTI ASSET PORT (ABAEX) (Y) | | | | | | | | | |
| 21. AB CAP FED INC GLBL CORE EQI (GCEYX) (Y) | | | | | | | | | |
| 22. AB SUSTAINABLE GLBL THEM FD CL ADV (ALTFX) (Y) | | | | | | | | | |
| 23. ADOBE SYSTEMS INC (ADBE) | | None | J | T | | | | | |
| 24. AETNA INC (AET) (Y) | | | | | | | | | |
| 25. ALEXION PHARMACEUTICALS INC (ALXN) (Y) | | | | | | | | | |
| 26. ALLSTATE CORP (ALL) (Y) | | | | | | | | | |
| 27. ALPHABET INC CLASS C (GOOG) | | None | J | T | | | | | |
| 28. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 29. AMDOCS LIMITED (DOX) (Y) | | | | | | | | | |
| 30. AMEREN CORP (AEE) (Y) | | | | | | | | | |
| 31. AMERICAN ELECTRIC POWER (AEP) | A | Dividend | J | T | | | | | |
| 32. AMERICAN FINANCIAL GROUP (AFG) (Y) | | | | | | | | | |
| 33. AMERICAN INTERNATIONAL GROUP (AIG) (Y) | | | | | | | | | |
| 34. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AON PLC (AON) (Y) | | | | | | | | | |
| 36. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 37. AUTOZONE INC (AZO) | | None | J | T | | | | | |
| 38. AVERY DENNISON CORP (AVY) (Y) | | | | | | | | | |
| 39. BANK OF AMERICA (BAC) | A | Dividend | J | T | | | | | |
| 40. BEMIS CO INC (BMS) (Y) | | | | | | | | | |
| 41. BERKSHIRE HATHAWAY (BRK.A) | | None | J | T | | | | | |
| 42. BERRY PLASTICS GROUP INC (BERY) (Y) | | | | | | | | | |
| 43. BIOGEN INC (BIIB) | | None | J | T | | | | | |
| 44. BIOVERATIV INC (BIVV) (Y) | | | | | | | | | |
| 45. BLACK KNIGHT INC (BKI) (Y) | | | | | | | | | |
| 46. BOEING CO (BA) | A | Dividend | J | T | | | | | |
| 47. BOOKING HOLDINGS INC (BKNG) | | None | J | T | | | | | |
| 48. BOOZ ALLEN HAMILTON (BAH) (Y) | | | | | | | | | |
| 49. BRINKER INTERNATIONAL INC (EAT) (Y) | | | | | | | | | |
| 50. BRITISH AMERICAN TOBACCO (BTI) (Y) | | | | | | | | | |
| 51. BROADRIDGE FINANCIAL SOLUTIONS (BR) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROWN & BROWN INC (BRO) (Y) | | | | | | | | | |
| 53. CAMPBELL SOUP CO (CPB) (Y) | | | | | | | | | |
| 54. CAPITAL ONE FINANCIAL (COF) (Y) | | | | | | | | | |
| 55. CARNIVAL CORP (CCL) (Y) | | | | | | | | | |
| 56. CBS CORP (CBS) (Y) | | | | | | | | | |
| 57. CBRE GROUP (CBRE) | | None | J | T | | | | | |
| 58. CDW CORP (CDW) | A | Dividend | J | T | | | | | |
| 59. CERNER (CERN) (Y) | | | | | | | | | |
| 60. CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |
| 61. CIGNA CORP (CI) (Y) | | | | | | | | | |
| 62. CISCO SYSTEMS (CSCO) | A | Dividend | J | T | | | | | |
| 63. CITIGROUP INC (C) | A | Dividend | J | T | | | | | |
| 64. CME GROUP (CME) | A | Dividend | | | | | | | |
| 65. COGNIZANT TECHNOLOGY SOLUTIONS (CTSH) | A | Dividend | J | T | | | | | |
| 66. CONAGRA BRANDS (CAG) (Y) | | | | | | | | | |
| 67. CONDUENT INC (CNDT) (Y) | | | | | | | | | |
| 68. CONSTELLATION BRANDS (STZ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 70. COMPASS GROUP PLC (CMPGY) (Y) | | | | | | | | | |
| 71. COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 72. CROWN CASTLE INTERNATIONAL CORP (CCI) | A | Dividend | | | | | | | |
| 73. CUBESMART (CUBE) | A | Dividend | J | T | | | | | |
| 74. CVS HEALTH CORP (CVS) (Y) | | | | | | | | | |
| 75. DELTA AIR LINES (DAL) | A | Dividend | J | T | | | | | |
| 76. DEVON ENERGY CORP (DVN) (Y) | | | | | | | | | |
| 77. DISCOVER FINANCIAL SERVICES (Y) (DFS) | | | | | | | | | |
| 78. DOLLAR GENERAL CORP (DG) | A | Dividend | J | T | | | | | |
| 79. DOW CHEMICAL (DWDP) (Y) | | | | | | | | | |
| 80. DR PEPPER SNAPPLE GROUP (DPS) (Y) | | | | | | | | | |
| 81. EATON CORP (ETN) (Y) | | | | | | | | | |
| 82. EBAY INC (EBAY) | | None | | | | | | | |
| 83. EDISON INTERNATIONAL (EIX) (Y) | | | | | | | | | |
| 84. EDWARDS LIFESCIENCES (EW) | | None | J | T | | | | | |
| 85. ELI LILLY & CO (LLY) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  EOG RES INC (EOG) | A | Dividend | J | T | | | | | |
| 87.  EQUIFAX INC (EFX) (Y) | | | | | | | | | |
| 88.  ESSENT GROUP LTD (ESNT) (Y) | | | | | | | | | |
| 89.  EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 90.  EXPRESS SCRIPTS (ESRX) (Y) | | | | | | | | | |
| 91.  EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 92.  FACEBOOK (FB) | | None | J | T | | | | | |
| 93.  FIDELITY NATIONAL FINANCIAL (FNF) | | None | J | T | | | | | |
| 94.  FIDELITY NATIONAL INFORMATION SERVICES (FIS) | A | Dividend | J | T | | | | | |
| 95.  FISERV INC (FISV) (Y) | | | | | | | | | |
| 96.  FTI CONSULTING INC (FCN) (Y) | | | | | | | | | |
| 97.  GARTNER INC (IT) (Y) | | | | | | | | | |
| 98.  GENERAL ELECTRIC CO (GE) (Y) | | | | | | | | | |
| 99.  GENPACT LIMITED (G) (Y) | | | | | | | | | |
| 100. GILEAD SCIENCES (GILD) | A | Dividend | J | T | | | | | |
| 101. GOLDMAN SACHS GROUP (GS) | A | Dividend | J | T | | | | | |
| 102. HALLIBURTON CO (HAL) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HASBRO INC (HAS) (Y) | | | | | | | | | |
| 104. HELEN OF TROY LTD (HELE) (Y) | | | | | | | | | |
| 105. HELMERICH & PAYNE (HP) (Y) | | | | | | | | | |
| 106. HESS CORP (HES) (Y) | | | | | | | | | |
| 107. HEWLETT PACKARD (HPE) (Y) | | | | | | | | | |
| 108. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 109. HONEYWELL INTERNATIONAL (HON) | A | Dividend | J | T | | | | | |
| 110. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 111. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 112. INTERCONTINENTAL EXCHANGE INC (ICE) (Y) | | | | | | | | | |
| 113. INTERNATIONAL BUSINESS (Y) MACHINES (IBM) | | | | | | | | | |
| 114. INTERNATIONAL GAME TECHNOLOGY (IGT) (Y) | | | | | | | | | |
| 115. INTERPUBLIC GROUP OF COS (IPG) (Y) | | | | | | | | | |
| 116. INTUITIVE SURGICAL (ISRG) (Y) | | | | | | | | | |
| 117. JOHNSON & JOHNSON (JNJ) (Y) | | | | | | | | | |
| 118. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 119. KIMBERLY CLARK CORP (KMB) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. KROGER CO (KR) (Y) | | | | | | | | | |
| 121. L3 TECHNOLOGIES (LLL) (Y) | | | | | | | | | |
| 122. LAMAR ADVERTISING (LAMR) (Y) | | | | | | | | | |
| 123. LOCKHEED MARTIN CORP (LMT) (Y) | | | | | | | | | |
| 124. LYONDELLBASELL INDUSTRIES (LYB) | | None | J | T | | | | | |
| 125. MAGNA INTERNATIONAL (MGA) | A | Dividend | J | T | | | | | |
| 126. MARATHON PETE CORP (MPC) | A | Dividend | J | T | | | | | |
| 127. MARSH & MCLENNAN (MMC) (Y) | | | | | | | | | |
| 128. MASTERCARD INC (MA) (Y) | | | | | | | | | |
| 129. MCDONALDS CORP (MCD) | | None | J | T | | | | | |
| 130. MCKESSON CORP (MCK) (Y) | | | | | | | | | |
| 131. MEDTRONIC PLC (MDT) | A | Dividend | J | T | | | | | |
| 132. MERCK & CO (MRK) | A | Dividend | J | T | | | | | |
| 133. MICHAELS COMPANIES (MIK) (Y) | | | | | | | | | |
| 134. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 135. MID AMERICA APARTMENT COMMUNITIES (MAA) | A | Dividend | J | T | | | | | |
| 136. MOTOROLA SOLUTIONS INC (MSI) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MSC INDUSTRIAL DIRECT (MSM) (Y) | | | | | | | | | |
| 138. NATIONAL OILWELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 139. NICE LTD (NICE) (Y) | | | | | | | | | |
| 140. NIELSEN HOLDINGS (NLSN) (Y) | | | | | | | | | |
| 141. NIKE INC (NKE) | A | Dividend | J | T | | | | | |
| 142. NISOURCE INC (NI) | A | Dividend | J | T | | | | | |
| 143. NOKIA (NOK) | A | Dividend | J | T | | | | | |
| 144. NORDSTROM INC (JWN) (Y) | | | | | | | | | |
| 145. NORFOLK SOUTHERN (NSC) | A | Dividend | J | T | | | | | |
| 146. NORTHROP GRUMMAN (NOC) | A | Dividend | J | T | | | | | |
| 147. OMNICOM GROUP (OMC) (Y) | | | | | | | | | |
| 148. ONEMAIN HOLDINGS (OMF) | | None | | | | | | | |
| 149. ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 150. OSHKOSH CORP (OSK) (Y) | | | | | | | | | |
| 151. PALO ALTO NETWORKS (PANW) (Y) | | | | | | | | | |
| 152. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 153. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PHILIP MORRIS INTL (PM) (Y) | | | | | | | | | |
| 155. PINNACLE WEST CAPITAL GROUP (PNW) (Y) | | | | | | | | | |
| 156. PNC FINANCIAL SVCS GROUP (PNC) (Y) | | | | | | | | | |
| 157. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 158. PROGRESSIVE CORP OHIO (PGR) | A | Dividend | J | T | | | | | |
| 159. QUEST DIAGNOSTICS (DGX) (Y) | | | | | | | | | |
| 160. RAYTHEON CO (RTN) | A | Dividend | J | T | | | | | |
| 161. REGAL ENTERTAINMENT GROUP (RGC) (Y) | | | | | | | | | |
| 162. REGENCY CENTERS CORP (REG) | A | Dividend | J | T | | | | | |
| 163. REPUBLIC SERVICES INC (RSG) (Y) | | | | | | | | | |
| 164. RESIDEO TECHNOLOGIES (REZI) (Y) | | | | | | | | | |
| 165. ROSS STORES (ROST) | A | Dividend | J | T | | | | | |
| 166. ROYAL DUTCH SHELL (RDS.B) | A | Dividend | J | T | | | | | |
| 167. S&P GLOBAL INC (SPGI) | A | Dividend | J | T | | | | | |
| 168. SANDERSON FARMS INC (SAFM) (Y) | | | | | | | | | |
| 169. SCHLUMBERGER LTD (SLB) (Y) | | | | | | | | | |
| 170. SCRIPPS NETWORKS INTERACTIVE (SNI) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SEALED AIR CORP (SEE) (Y) | | | | | | | | | |
| 172. SHERWIN WILLIAMS CO (SHW) (Y) | | | | | | | | | |
| 173. STARBUCKS CORP (SBUX) (Y) | | | | | | | | | |
| 174. STERICYCLE INC (SRCL) (Y) | | | | | | | | | |
| 175. SUN COMMUNITIES (SUI) | A | Dividend | J | T | | | | | |
| 176. SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | | | | | |
| 177. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 178. TJX COMPANIES (TJX) | A | Dividend | J | T | | | | | |
| 179. T MOBILE US (TMUS) | | None | J | T | | | | | |
| 180. TORONTO DOMINION BANK (TD) (Y) | | | | | | | | | |
| 181. TOTAL SYSTEM SERVICES (TSS) | A | Dividend | J | T | | | | | |
| 182. TYSON FOODS INC CL A (TSN) (Y) | | | | | | | | | |
| 183. UGI CORP (UGI) (Y) | | | | | | | | | |
| 184. ULTA BEAUTY (ULTA) (Y) | | | | | | | | | |
| 185. UNITED HEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |
| 186. UNITED TECHNOLOGIES CORP (UTX) (Y) | | | | | | | | | |
| 187. US BANCORP (USB) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. US FOODS HOLDING CORP (USFD) | | None | J | T | | | | | |
| 189. VALIDUS HOLDINGS (VR) (Y) | | | | | | | | | |
| 190. VANTIV INC (VNTV) (Y) | | | | | | | | | |
| 191. VISA INC (V) | A | Dividend | J | T | | | | | |
| 192. VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |
| 193. VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | | | | | |
| 194. WALGREEN BOOTS ALLIANCE (WBA) (Y) | | | | | | | | | |
| 195. WALMART STORES (WMT) | A | Dividend | J | T | | | | | |
| 196. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 197. WELLS FARGO & CO (WFC) | A | Dividend | J | T | | | | | |
| 198. XEROX CORP (XRX) | A | Dividend | J | T | | | | | |
| 199. XILINX INC (XLNX) | A | Dividend | J | T | | | | | |
| 200. ZOETIS (ZTS) | A | Dividend | J | T | | | | | |
| 201. 401K ACCT #2 (H) | | | | | | | | | |
| 202. AB MULTIMANAGER ALTERNATIVE FUND (AB15670) | B | Dividend | M | T | | | | | |
| 203. 401K ACCT #3 (H) | | | | | | | | | |
| 204. AB EMERGING MARKETS MULTI (ABYEX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | L | T | | | | | |
| 206. AB SUSTAINABLE GLOBAL THEMATIC FUND CL ADV (ATEYX) | D | Dividend | L | T | | | | | |
| 207. BERNSTEIN EMERGING MKTS PORT (SNEMX) | | None | K | T | | | | | |
| 208. IRA ACCT #1 (H) | | | | | | | | | |
| 209. AB CASH SWEEP (CASH) (Y) | | | | | | | | | |
| 210. IRA ACCT #2 (H) | | | | | | | | | |
| 211. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | K | T | | | | | |
| 212. IRA ACCT #3 (H) | | | | | | | | | |
| 213. AB CASH SWEEP (CASH) (Y) | | | | | | | | | |
| 214. IRA ACCT #4 (H) | | | | | | | | | |
| 215. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | K | T | | | | | |
| 216. BROKERAGE #1 (H) | | | | | | | | | |
| 217. AB CASH SWEEP (CASH) (Y) | | | | | | | | | |
| 218. BERNSTEIN DIVERSIFIED MUNICIPAL PORTFOLIO (SNDPX) | C | Dividend | M | T | | | | | |
| 219. ALPHABET INC (GOOGL) | | None | J | T | | | | | |
| 220. AMDOCS LIMITED (DOX) | A | Dividend | J | T | | | | | |
| 221. AMEREN CORP (AEE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. AMERICAN ELECTRIC POWER CO INC (AEP) | A | Dividend | J | T | | | | | |
| 223. AMERICAN FINANCIAL GROUP INC (AFG) (Y) | | | | | | | | | |
| 224. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |
| 225. AON PLC (AON) | A | Dividend | J | T | | | | | |
| 226. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 227. AUTOMATIC DATA PROCESSING INC (ADP) | | None | J | T | | | | | |
| 228. AUTOZONE INC (AZO) | | None | J | T | | | | | |
| 229. AVERY DENNISON CORP (AVY) (Y) | | | | | | | | | |
| 230. BOEING CO (BA) | A | Dividend | J | T | | | | | |
| 231. BOOZ ALLEN HAMILTON (BAH) | A | Dividend | J | T | | | | | |
| 232. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | |
| 233. BRITISH AMERICAN TOBACCO (BTI) | A | Dividend | J | T | | | | | |
| 234. BROWN & BROWN INC (BRO) | A | Dividend | J | T | | | | | |
| 235. CDW CORPORATION (CDW) | A | Dividend | J | T | | | | | |
| 236. CHECK POINT SOFTWARE (CHKP) | | None | J | T | | | | | |
| 237. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 238. CME GROUP INC (CME) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 240. COMERICA INC (CMA) (Y) | | | | | | | | | |
| 241. COMPASS GROUP PLC (CMPGY) (Y) | | | | | | | | | |
| 242. COPART INC (CPRT) | | None | J | T | | | | | |
| 243. CUBESMART (CUBE) (Y) | | | | | | | | | |
| 244. CVS HEALTH CORPORATION (CVS) | A | Dividend | J | T | | | | | |
| 245. DECKERS OUTDOOR CORPORATION (DECK) | | None | J | T | | | | | |
| 246. DOLLAR GENERAL CORPORATION (DG) | | None | J | T | | | | | |
| 247. | | | | | | | | | |
| 248. ELI LILLY & CO (LLY) | A | Dividend | J | T | | | | | |
| 249. EOG RES INC (EOG) (Y) | | | | | | | | | |
| 250. EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 251. FACEBOOK INC (FB) (Y) | | | | | | | | | |
| 252. FIDELITY NATIONAL INFORMATION (FIS) | A | Dividend | J | T | | | | | |
| 253. FIDELITY NATIONAL FINANCIAL (FNF) | | None | J | T | | | | | |
| 254. FISERV INC (FISV) (Y) | | | | | | | | | |
| 255. F5 NETWORKS INC (FFIV) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. GENPACT LIMITED (G) (Y) | | | | | | | | | |
| 257. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | | | | | |
| 258. HASBRO INC (HAS) (Y) | | | | | | | | | |
| 259. HARRIS CORP-DEL (HRS) | A | Dividend | J | T | | | | | |
| 260. HELEN OF TROY LTD-BERMUDA (HELE) | | None | J | T | | | | | |
| 261. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 262. ICON PLC (ICLR) | | None | J | T | | | | | |
| 263. INTERCONTINENTAL EXCHANGE (ICE) | A | Dividend | J | T | | | | | |
| 264. INTUITIVE SURGICAL INC (ISRG) (Y) | | | | | | | | | |
| 265. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 266. KIMBERLY CLARK CORP (KMB) (Y) | | | | | | | | | |
| 267. LAMAR ADVERTISING COMPANY (LAMR) | A | Dividend | J | T | | | | | |
| 268. LIBERTY MEDIA CORPORATION (Y) | | | | | | | | | |
| 269. LYONDELLBASELL INDUSTRIES (LYB) (Y) | | | | | | | | | |
| 270. LOCKHEED MARTIN (LMT) (Y) | | | | | | | | | |
| 271. L3 TECHNOLOGIES (LLL) (Y) | | | | | | | | | |
| 272. MARSH & MCLENNAN COMPANIES INC (MMC) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MASTERCARD INCORPORATED (MA) | A | Dividend | J | T | | | | | |
| 274. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 275. MERCK & CO INC (MRK) | A | Dividend | J | T | | | | | |
| 276. MICHAELS COMPANIES (MIK) (Y) | | | | | | | | | |
| 277. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 278. MID AMERICA APARTMENT (MAA) (Y) | | | | | | | | | |
| 279. MOTOROLA SOLUTIONS INC (MSI) | A | Dividend | J | T | | | | | |
| 280. NEXTERA ENERGY INC (NEE) | | None | J | T | | | | | |
| 281. NICE LTD (NICE) | A | Dividend | J | T | | | | | |
| 282. OMNICOM GROUP INC (OMC) (Y) | | | | | | | | | |
| 283. ORACLE CORPORATION (ORCL) | A | Dividend | J | T | | | | | |
| 284. PARK HOTELS & RESORTS INC (PK) | | None | J | T | | | | | |
| 285. PAYCHEX INC (PAYX) | | None | J | T | | | | | |
| 286. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 287. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 288. PHILIP MORRIS INTERNATIONAL (PM) | A | Dividend | J | T | | | | | |
| 289. PNC FINANCIAL SVCS GROUP INC (PNC) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 291. RAYTHEON CO (RTN) | A | Dividend | J | T | | | | | |
| 292. RELX PLC (RELX) | | None | J | T | | | | | |
| 293. REPUBLIC SERVICES INC (RSG) | A | Dividend | J | T | | | | | |
| 294. ROSS STORES INC (ROST) | A | Dividend | J | T | | | | | |
| 295. ROYAL DUTCH SHELL PLC (RDS.A) | A | Dividend | J | T | | | | | |
| 296. SCHLUMBERGER LTD (SLB) (Y) | | | | | | | | | |
| 297. SEALED AIR CORP NEW (SEE) | | None | J | T | | | | | |
| 298. SHERWIN WILLIAMS (SHW) | | None | | | | | | | |
| 299. STARBUCKS CORP (SBUX) (Y) | | | | | | | | | |
| 300. SUN COMMUNITIES INC (SUI) (Y) | | | | | | | | | |
| 301. SYSCO CORP (SYY) | | None | J | T | | | | | |
| 302. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 303. TIFFANY & CO NEW (TIF) (Y) | | | | | | | | | |
| 304. TJX COMPANIES INC NEW (TJX) | A | Dividend | J | T | | | | | |
| 305. TORONTO-DOMINION BANK (TD) | A | Dividend | J | T | | | | | |
| 306. TOTAL SYSTEM SERVICES INC (TSS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. TYSON FOODS INC (TSN) (Y) | | | | | | | | | |
| 308. ULTA BEAUTY INC (ULTA) (Y) | | | | | | | | | |
| 309. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |
| 310. US BANCORP (USB) (Y) | | | | | | | | | |
| 311. VALIDUS HOLDINGS (VR) (Y) | | | | | | | | | |
| 312. VERISK ANALYTICS INC (VRSK) (Y) | | | | | | | | | |
| 313. VF CORPORATION (VFC) (Y) | | | | | | | | | |
| 314. VISA INC (V) | A | Dividend | J | T | | | | | |
| 315. WALMART STORES INC (WMT) | A | Dividend | J | T | | | | | |
| 316. WALGREEN BOOTS ALLIANCE (WBA) (Y) | | | | | | | | | |
| 317. WATSCO INC (WSO) (Y) | | | | | | | | | |
| 318. WELLS FARGO (WF) (Y) | | | | | | | | | |
| 319. 403B ACCT #1 (H) | | | | | | | | | |
| 320. FEDERATED EQUITY INCOME FUND CLASS A (LEIFX) (Y) | | | | | | | | | |
| 321. FEDERATED EQUITY INCOME FUND CLASS B (LEIBX) (Y) | | | | | | | | | |
| 322. FEDERATED EQUITY INCOME FUND CLASS IS (LEISX) | C | Dividend | K | T | | | | | |
| 323. FEDERATED STRATEGIC INCOME FUND INSTL CLASS (STISX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. FEDERATED MDT MID CAP GROWTH FUND CL A (FGSAX) (Y) | | | | | | | | | |
| 325. FEDERATED MDT MID CAP GROWTH FUND CL IS (FGSIX) | B | Dividend | J | T | | | | | |
| 326. FEDERATED CLOVER VALUE FUND CLASS B (VFCBX) (Y) | | | | | | | | | |
| 327. FEDERATED CLOVER VALUE FUND CLASS A (VFCAX) (Y) | | | | | | | | | |
| 328. FEDERATED CLOVER SMALL VALUE FUND CLASS A (VSFAX) (Y) | | | | | | | | | |
| 329. FEDERATED CLOVER SMALL VALUE FUND INSTITUTIONAL CLASS (VSFIX) | B | Dividend | J | T | | | | | |
| 330. FEDERATED INT'L STRATEGIC VALUE DIVIDEND FUND CL A (IVFAX) (Y) | | | | | | | | | |
| 331. FEDERATED KAUFMANN LARGE CAP FUND CLASS A (KLCAX) (Y) | | | | | | | | | |
| 332. FEDERATED KAUFMANN LARGE CAP FUND CLASS IS (KLCIX) | C | Dividend | K | T | | | | | |
| 333. FEDERATED INTERCONTINENTAL FUND CLASS A (RIMAX) (Y) | | | | | | | | | |
| 334. FEDERATED STRATEGIC VALUE DIVIDEND FUND CL A (SVAAX) (Y) | | | | | | | | | |
| 335. FEDERATED STRATEGIC VALUE DIVIDEND FUND CL IS (SVAIX) | A | Dividend | J | T | | | | | |
| 336. FEDERATED KAUFMAN SMALL-CAP FUND CLASS B (FKBSX) (Y) | | | | | | | | | |
| 337. FEDERATED KAUFMAN SMALL-CAP FUND CLASS A (FKASX) (Y) | | | | | | | | | |
| 338. FEDERATED KAUFMANN FUND CLASS B (KAUBX) (Y) | | | | | | | | | |
| 339. FEDERATED KAUFMANN FUND CLASS A (KAUAX) (Y) | | | | | | | | | |
| 340. FEDERATED HIGH-INCOME BOND FUND CLASS A (FHIIX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. FEDERATED HIGH-INCOME BOND FUND CLASS B (FHBBX) (Y) | | | | | | | | | |
| 342. FEDERATED HIGH INCOME BOND FUND INC CLASS IS (FHISX) | A | Dividend | J | T | | | | | |
| 343. FEDERATED FLOATING RATE STRATEGIC INCOME FD CL IS (FFRSX) | A | Dividend | J | T | | | | | |
| 344. FEDERATED MDT LARGE CAP VALUE FUND CLASS A (FSTRX) (Y) | | | | | | | | | |
| 345. FEDERATED MDT LARGE CAP GROWTH FUND CLASS B (QBLGX) (Y) | | | | | | | | | |
| 346. FEDERATED MDT LARGE CAP GROWTH FUND CL A (QALGX) (Y) | | | | | | | | | |
| 347. FEDERATED TOTAL RETURN BOND FUND CLASS B (TLRBX) (Y) | | | | | | | | | |
| 348. FEDERATED TOTAL RETURN BOND FUND CLASS A (TLRAX) (Y) | | | | | | | | | |
| 349. FEDERATED TOTAL RETURN BOND FUND CLASS SS (FTRFX) | A | Dividend | J | T | | | | | |
| 350. FEDERATED INTERNATIONAL LEADERS FUND INST CL (FGFLX) | A | Dividend | K | T | | | | | |
| 351. FEDERATED INTERNATIONAL SMALL MID COMPANY FD CL A (ISCAX) (Y) | | | | | | | | | |
| 352. FEDERATED INTL SMALL-MID COMPANY FD CLASS IS (ISCIX) | A | Dividend | J | T | | | | | |
| 353. FEDERATED INTERNATIONAL LEADERS FUND CLASS B (FGFBX) (Y) | | | | | | | | | |
| 354. FEDERATED INTERNATIONAL LEADERS FUND CLASS A (FGFAX) (Y) | | | | | | | | | |
| 355. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 356. FIDELITY NH CONSERVATIVE INDEX | | None | K | T | | | | | |
| 357. FIDELITY NH MODERATE GROWTH PORTFOLIO | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 359. FIDELITY NH CONSERVATIVE INDEX | | None | K | T | | | | | |
| 360. FIDELITY NH COLLEGE PORTFOLIO | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Information in this report is based upon the filer's best available knowledge, information, and belief.

Parts I, II, and III A.: My positions and the buyout transaction with Knox Law were concluded prior to taking the bench.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Lanzillo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544